# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1535. AMBER EDWARDS v. JAY BROWN.**

In this lease dispute, Amber Edwards appeals the trial court's order granting Jay Brown's motion for summary judgment and awarding him $4,125.55 in past due rent, late fees, and utilities under the lease. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (citation and punctuation omitted); see also OCGA § 5-6-35 (a) (6). As the specific amounts set forth in the judgment in favor of Brown total less than $10,000, the entry of summary judgment provides no basis for a direct appeal, see *Ca-Shar*, 204 Ga. App. at 865-866, and Edwards's failure to follow the discretionary appeal procedure deprives us of jurisdiction. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/08/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*